AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| RYAN J. MARCHIONE | CASE NUMBER: 8:05-M-477 TGW |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about October 11, 2005, in Hillsborough County, in the Middle District of Florida, the defendant did, *[damage and]* destroy an aircraft window while aircraft was operating in violation of Title 18, United States Code, Section 32(a)(1).  I further state that I am a Special Agent with FBI, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Daniel S. Wierzbicki

Sworn to before me and subscribed in my presence,

October 12, 2005                       at         Tampa, Florida

THOMAS G. WILSON
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFADAVIT

Daniel S. Wierzbicki, affiant, being duly sworn, deposes and states:

I am a Special Agent with the Federal Bureau Investigation, Tampa, FL. and have been so assigned since August 2004. I have completed numerous training programs in law enforcement and criminal investigations. I have participated in numerous criminal investigations of violations of federal law.

I base this affidavit upon my personal investigation and the investigations of other law enforcement agents assigned to Transportation Security Administration (TSA) and the Tampa International Airport Police Department (TIAPD), herein referred to as 'agents'. This affidavit does not contain all information known to agents in the course of this investigation.

On October 11, 2005 at 11:09 MST America West Flight 579 departed Las Vegas, NV, McCarren International Airport in route to Tampa, FL, Tampa International Airport. RYAN JOSEPH MARCHIONE was a ticketed passenger on this flight as was seated in Seat 7A. The flight departed and was airborne for approximately 45 minutes flying at an altitude of 31, 000 feet. RYAN JOSEPH MARCHIONE suddenly appeared somewhat agitated or disturbed and began to lightly bang his head for a short period of time against the exterior wall of the aircraft.

Approximately one hour and thirty minutes into the flight. RYAN JOSEPH MARCHIONE awoke abruptly from his sleep and turned to the passenger seated in 7B, and stated, "Motherfucker". RYAN JOSEPH MARCHIONE then raised a clenched fist to his shoulder as if he was going to strike the passenger in 7B, then suddenly turned and struck the exterior window with his clenched fist. RYAN JOSEPH MARCHIONE then

1

turned back to the passenger stated, "If you are going to touch me, you better do it now or I will thump your ass".

America West Flight 579 continued to Tampa International Airport arriving on October 12, 2005 at 6:06 EST.

The plastic shield covering the glass portion of the window was shattered and the frame work containing the plastic shield became disconnected from the window. Estimated repairs to the plastic shield are approximately $5,000. The outbound departure of this same America West flight incurred a 65 minute delay and approximately 38 people will miss their connecting flight due to this delay. The total estimated losses are between $15, 000-$20, 000.

Based on his training, experience, observation, review of the evidence and witness information, your affiant believes there is probable cause to charge RYAN JOSEPH MARCHIONE with Destruction of an Aircraft while the Aircraft is Operating in the Special Aircraft Jurisdiction of the United States in violation Title 18 United States Code Section 32 (a) (1).

Further your affiant sayeth naught.

_____
Daniel S. Wierzbicki

Subscribed to and sworn before me this
12th day of October, 2005.

_____
United States Magistrate Judge

2