UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

RYAN JOSEPH MARCHIONE

CASE NO. 8:05-cr-470-T-26mss
49 U.S.C. § 46504

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 12, 2005, in the Middle District of Florida, and elsewhere, the defendant,

RYAN JOSEPH MARCHIONE

did knowingly intimidate and attempt to intimidate, a crew member and flight attendant of an aircraft in flight in the United States, thereby interfering with the performance of the duties of the crew member and flight attendant, and lessening the ability of the crew member and flight attendant to perform those duties.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
ERNEST F. PELUSO
Assistant United States Attorney

By: _____
ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes