AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:05-cr-470-T-26TBM |
| RYAN JOSEPH MARCHIONE | USM Number: 48230-018 |
| | |
| | Mary Mills (AFPD) |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1, 2, 4, 5 & 6_ of the term of supervision and this court makes no findings as to violations number(s) _3_ .

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Driving under the influence of Alcohol or drugs | June 4, 2009 |
| 2. | Refusal to submit to testing | June 4, 2009 |
| 4. | Failure to participate in drug aftercare treatment | December 29, 2009 |
| 5. | Failure to participate in drug aftercare treatment | December 29, 2009 |
| 6. | Failure to comply with the home detention program | January 7, 2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 19, 2010
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Dated: February 19, 2010

Defendant: RYAN JOSEPH MARCHIONE  Judgment - Page 2 of 2
Case No.: 8:05-cr-470-T-26TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: A FCI facility located in Coleman, Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

____ at ____ a.m. p.m. on ____.

____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on ____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____ to ____ at ____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By ____
DEPUTY UNITED STATES MARSHAL